EBC I, INC., Formerly Known as eToys INC., Respondent, v GOLDMAN, SACHS & Co., Appellant.

Submitted January 10, 2005; decided January 13, 2005

Motion by Securities Industry Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Nineteen additional copies of the brief may be filed and two additional copies served within 10 days.

In the Matter of EDDIE J., a Child Alleged to be Neglected. COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES OF THE CITY OF NEW YORK et al., Respondents; CONCHITA J., Appellant. (Proceeding No. 1.)

In the Matter of PORTIA J., a Child Alleged to be Neglected. COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES OF THE CITY OF NEW YORK et al., Respondents; CONCHITA J., Appellant. (Proceeding No. 2.)

Submitted November 29, 2004; decided January 13, 2005

Motion, insofar as it seeks leave to appeal from the October 2004 Appellate Division order, dismissed upon the ground that such order does not finally determine that proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.